UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAMUEL KARNES, MOLLY WASHAM, ADAM
BETTENCOURT, and LAURA PETREE,

                      Plaintiffs,                **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK; MAYOR BILL DE         **21-CV-4903 (WFK) (JRC)**
BLASIO; NEW YORK CITY POLICE
DEPARTMENT ("NYPD") COMMISSIONER
DERMOT SHEA; NYPD CHIEF OF DEPARTMENT
TERENCE MONAHAN; NYPD DETECTIVE
MICHAEL MCCAFFREY; NYPD SERGEANT
GERARD M. CAFFREY; NYPD DETECTIVE
DANIEL HERZOG; NYPD OFFICER FNU MOSES
and NYPD MEMBERS JOHN AND JANE DOES 1-
18,

                      Defendants.

TO:    The Clerk of the Court and all parties of record.

      I am admitted to practice in the United States District Court for the Eastern District of

New York.  I hereby appear as counsel in this case on behalf of the Plaintiffs Samuel Karnes,

Molly Washam, Adam Betterncourt, and Laura Petree.

Dated:     New York, New York
           October 31, 2022

                           Respectfully submitted,

                By:  _____/s/_____
                     David B. Rankin, Esq.
                     BELDOCK LEVINE & HOFFMAN, LLP
                     99 Park Avenue, PH/26th Floor
                     New York, New York 10016
                     P: 212-277-5825
                     F: 212-277-5880
                     E: drankin@blhny.com