UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAMUEL KARNES, MOLLY WASHAM, ADAM BETTENCOURT, and LAURA PETREE,

                Plaintiffs,

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE MICHAEL MCCAFFREY; NYPD SERGEANT GERARD M. CAFFREY; NYPD DETECTIVE DANIEL HERZOG; NYPD OFFICER FNU MOSES and NYPD MEMBERS JOHN AND JANE DOES 1-18,

                Defendants.

**NOTICE OF APPEARANCE**

**21-CV-4903 (WFK) (JRC)**

TO:    The Clerk of the Court and all parties of record.

    I am admitted to practice in the United States District Court for the Eastern District of New York. I hereby appear as counsel in this case on behalf of Plaintiffs Samuel Karnes, Molly Washam, Adam Betterncourt, and Laura Petree.

Dated:    New York, New York
            October 31, 2022

                                Respectfully submitted,

                                By:      /s/
                                    Keegan Stephan, Esq.
                                    BELDOCK LEVINE & HOFFMAN, LLP
                                    99 Park Avenue, PH/26th Floor
                                    New York, New York 10016
                                    P: (212) 277-5820
                                    F: (212) 277-5880
                                    E: kstephan@blhny.com