# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

February 6, 2023

REF: 8443.03

WRITER'S DIRECT DIAL:
**(212) 277-5820**
**kstephan@blhny.com**

**VIA ECF**
Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Karnes et al v. City of New York et al.*, 21-CV-4903 (WFK) (JRC)
       **Extension Request**

Your Honor:

I am among counsel to Plaintiffs in the above-captioned matter. We write to respectfully requests (1) a *sine die* adjournment of the February 8, 2022 fact discovery deadline, and (2) a 90-day extension of the deadline to submit a status report about whether the parties would like a referral to the Court-annexed mediation program or a settlement conference. We write after conferring with counsel for Defendants, who consents to this request.

Should this request be granted, the new deadline to submit the joint status report would be May 8, 2023.  This is the third such request; the first and second requests were granted in part. Granting this request would not affect any other scheduled Court appearance or deadline.

On October 31, 2022, Plaintiffs' counsel informed the Court that Beldock Levine & Hoffman had recently joined as co-counsel and Plaintiffs' counsel needed time to assemble a constellation of experts and obtain reports before we could make an informed settlement demand. (Dkt. 31.)  Since then, we have been persistently working on assembling that constellation of experts.  Unfortunately, the process has taken much longer than anticipated.  A number of the potential experts we identified did not work out and others were extremely slow at responding to us, signing a retainer, and scheduling appointments.  The holidays did not assist our efforts.  We sincerely regret how long the process has taken and apologize to the Court for the delay.  However, we believe we are on the cusp of being where we need to be in order to make an informed

BELDOCK LEVINE & HOFFMAN LLP

[RECIPIENT]
[DATE]
Page 2

settlement demand. Our Traumatic Brain Injury expert evaluated Ms. Washam on February 2, 2023.

    We look forward to providing the Court about much more progress in our next report. The parties thank the Court for its attention to this matter.

                                                            Respectfully submitted,

                                                              _____/s/_____
                                                             Keegan Stephan, Esq.