## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

April 26, 2023

REF: 8443.03

WRITER'S DIRECT DIAL:
**(212) 277-5820**
**kstephan@blhny.com**

**VIA ECF**

Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   *Karnes et al v. City of New York et al.*, 21-CV-4903 (WFK) (JRC)
>       **Extension Request**

Your Honor:

I am among counsel to Plaintiffs in the above-captioned matter. We write to respectfully request a sixty-day extension of the deadlines for fact discovery and to submit a letter informing the Court about whether the parties would like a referral to Court-annexed mediation or a settlement conference. We write after conferring with counsel for Defendants, who consent to this request.

Should this request be granted, the new deadlines for fact discovery and to submit the joint status report would be June 26, 2023. This is the fourth such request; all prior requests were granted. Granting the current request would not affect any other scheduled Court appearance or deadline.

On February 17, 2023, the Court held a conference in this case to discuss discovery and settlement. Plaintiffs' counsel informed the Court that they still needed to obtain two expert reports before they could make a comprehensive settlement demand. Since then, a Traumatic Brain Injury expert has examined Molly Washam and is in the process of preparing a report. The expert has indicated that she will produce the report to Plaintiffs' counsel by April 27, 2023. In addition, Hunter Petree needed to get a second surgery on her wrist as a result of the underlying incident. The surgery was wrist denervation and occurred on February 28, 2023. Now that the surgery is

BELDOCK LEVINE & HOFFMAN LLP

Judge Cho
April 26, 2023
Page 2

complete, an expert is scheduled to examine Ms. Petree on May 5, 2023, and provide us with an expert report shortly thereafter. At that time, we will be in a position to provide an informed settlement demand. After that, the parties believe that they will be able to engage in productive settlement negotiations and inform the Court whether they would like a referral to Court-annexed mediation or a settlement conference by June 26, 2023.

    We thank the Court for its attention to this matter.

                                                        Respectfully submitted,

                                                        Keegan Stephan, Esq.
                                                        *Associate*