UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

| | |
|---|---|
| SAMUEL KARNES, MOLLY WASHAM, ADAM BETTENCOURT, and LAURA PETREE,<br><br>                                    Plaintiffs,<br><br>-against-<br><br>THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE MICHAEL MCCAFFREY; NYPD SERGEANT GERARD M. CAFFREY; NYPD DETECTIVE DANIEL HERZOG; NYPD OFFICER FNU MOSES and NYPD MEMBERS JOHN AND JANE DOES 1-18,<br><br>                                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL**<br><br>21 CV 4903 (WFK) (JRC) |

----------------------------------------------------------------------- x

       **WHEREAS,** plaintiffs Karnes and Bettencourt and defendants have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation with respect to the claims brought by plaintiffs Karnes and Bettencourt, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice solely in connection with the claims brought by plaintiffs Karnes and Bettencourt; and

2. Notwithstanding the dismissal of this action solely in connection with the claims brought by plaintiffs Karnes and Bettencourt in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       January 18, 2024

| | |
|---|---|
| COHEN & GREEN PLLC<br>Elena Cohen, Esq.<br>*Attorney for Plaintiffs*<br>1639 Centre Street, Suite 216<br>Ridgewood, New York 11385 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>Elena Cohen, Esq.<br>*Attorney for Plaintiffs* | By: _____<br>Brian Francolla<br>*Senior Counsel* |

SO ORDERED:

        s/WFK
_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: January 19, 2024

2