

April 15, 2024

Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

Re:   Case No. 21-CV-4903 (WFK) (JRC), Karnes, et al. v. City of New York, et al.

Dear Judge Cho:

Plaintiffs' counsel, with consent of defense counsel, respectfully requests additional time to provide information to defendants' counsel to see if the parties can reach an amicable resolution to this matter. As You Honor may recall, settlement was reached by two of the four plaintiffs in the matter on December 13, 2024. The Court set April 16, 2024 for a status report and close of discovery (Order dated February 16, 2024). As directed by the Court, the parties are continuing to work towards settling the claims of the remaining two Plaintiffs. As such, the parties jointly move the court for an additional 60 days to extend discovery and to provide a report to Your Honor about the status of settlement negotiations. This would move the close of discovery to June 15, 2024.

As you recall, at the time of the settlement conference, the defendants sent counsel a list of issues and questions that they had with respect to the remaining plaintiffs. This list was extremely helpful in clarifying what information the plaintiffs need to provide to the defendants to see if there can be a resolution. As discussed in our letter of January 16, 2024, to effectively answer the questions raised by Mr. Francolla, we sent Ms. Petree and Ms. Washam to see additional experts. Plaintiffs have sent Defense Counsel one set of expert reports, and intend to send additional reports this week. Plaintiff Washam has received additional treatment, and will be seeing another additional expert. The parties are hopeful that with an extra 60 days, Defendants will be able to review these reports and new medical records and we can engage in productive settlement discussions.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/
_____
Elena L. Cohen
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*



1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.