# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

December 16, 2024

REF: 844300.0003

WRITER'S DIRECT DIAL:
**(212) 277-5825**
**drankin@blhny.com**

**VIA ECF**
Hon. James R. Cho
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Karnes et al v. City of New York et al.*, 21-CV-4903 (WFK) (JRC)

Your Honor:

The parties jointly move the court for an additional 36 days to update Your Honor on settlement and discovery.

As discussed in our June 17, 2024, and September 16, 2024, letters the plaintiff has been working on a lifecare plan. The obstacles were some difficult to obtain medical records. Those obstacles have been overcome, and a life care plan has been written and provided to our economist. We expect to get the present value of the life care plan report from our economist in the next day or two (thought we were going to have it last week). Once we get those expert reports to the City, Mr. Francolla believes he will have meaningful thoughts on the direction of settlement by Tuesday, January 21, 2024. Should this motion be granted, we will update the court on what we suggest the most expeditious way to advance the case to settlement or trial at that time.

The parties thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        David B. Rankin