# BELDOCK LEVINE & HOFFMAN LLP

### 99 PARK AVENUE, PH/26TH FLOOR

### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

May 27, 2025

REF: 8443.03

WRITER'S DIRECT DIAL:
**(212) 277-5825**
**drankin@blhny.com**

**VIA ECF ONLY**

Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:    *Karnes et al., v. City of New York et al.*, **21-CV-4903 (E.D.N.Y.)**

You Honor:

      As the Court is aware, we represent Plaintiffs in the above-captioned matter. We write at the Court's direction along with the defendants to suggest the following schedule to conclude discovery for Ms. Washam.

      Supplemental Discovery Demands:    July 7, 2025
      Close of Discovery (fact and expert):    November 7, 2025

      The reason for the longer time period to make supplemental discovery demands is that plaintiffs intend to make specific demands to fill out the gaps in the *Sow v. City of New York et al*, discovery. To do that, it requires a near complete discovery review of the documents and depositions exchanged in that action. As Your Honor may recall that action produced dozens of depositions, thousands of pages of documents, and many many hours of videos related to the George Floyd Protests.

      Additionally, we built out the schedule to account for counsels' vacation and trials. We

BELDOCK LEVINE & HOFFMAN LLP

Judge James R. Cho
May 27, 2025
Page 2

are optimistic this schedule will not require modification, and we can present a trial ready case for Your Honor this fall. The parties are continuing to discuss settlement and will not hesitate to reach out for a conference.

Respectfully submitted,

| | |
|---|---|
| David B. Rankin | /s/ |
| Keegan Stephan | Elena Cohen |
| Beldock Levine & Hoffman, LLP | J. Remy Green |
| 99 Park Ave., PH/26th Fl. | Cohen&Green P.L.L.C. |
| New York, New York 10016 | *Attorneys for Plaintiffs* |
| | 1639 Centre St., Suite 216 |
| *Attorneys for Plaintiffs* | Ridgewood, New York 11385 |