

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
Corporation Counsel

**BRIAN FRANCOLLA**
*Senior Corporation Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-3509
bfrancol@law.nyc.gov

August 29, 2025

**BY ECF**
Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Molly Washam, et al. v. City of New York, et al.</u>,
21-CV-4903 (WFK) (JRC)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to the defense of the above-referenced matter on behalf of defendants. In that capacity, I write jointly with plaintiffs' counsel to provide the Court with a status report.

Since the Court's May 29, 2025 Order, the parties have served their supplemental discovery demands in accordance with same. However, after those demands were served, but prior to the point any responses were due, the parties were able to make significant progress towards a settlement that, if ultimately reached, would resolve this matter in full. Consistent with that progress, the parties agreed to hold off on further discovery for efficiency sake and so that we could focus our attention on a potential resolution. While we remain hopeful that we will be able to reach an agreement ourselves, we respectfully request that Your Honor schedule a follow up settlement conference some time, convenient to the Court, during the week of September 22, 2025, in the event we need further assistance in resolving this matter. In the event we are unable to resolve this matter either amongst ourselves or with assistance from the Court, we propose that at that point we be permitted to reassess whether the remaining discovery schedule is sufficient for all that would remain. Should the Court be amenable to this approach, the only date during the week of September 22, 2025, that would not work would be September 23, 2025.

Thank you for your consideration herein.

                                                Respectfully submitted,

                                                      /s/
                                              Brian Francolla
                                              Senior Counsel
                                              Special Federal Litigation Division

cc:      All Counsel (By ECF)