```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
```

SAMUEL KARNES, MOLLY WASHAM, ADAM BETTENCOURT, and LAURA PETREE,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE MICHAEL MCCAFFREY; NYPD SERGEANT GERARD M. CAFFREY; NYPD DETECTIVE DANIEL HERZOG; NYPD OFFICER FNU MOSES and NYPD MEMBERS JOHN AND JANE DOES 1-18,

                              Defendants.

```
------------------------------------------------------------------------- x
```

**STIPULATION AND ORDER OF DISMISSAL**

21 CV 4903 (WFK) (JRC)

      **WHEREAS,** plaintiff Washam and defendants have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
         October 31, 2025

| | |
|---|---|
| COHEN & GREEN PLLC<br>Elena Cohen, Esq.<br>*Attorney for Plaintiffs*<br>1639 Centre Street, Suite 216<br>Ridgewood, New York 11385 | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *Elena Cohen*<br>    Elena Cohen, Esq.<br>    *Attorney for Plaintiffs* | By: _____<br>    Brian Francolla<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025

2