UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

SAMUEL KARNES, MOLLY WASHAM, ADAM
BETTENCOURT, and LAURA PETREE,

          Plaintiffs,

     -against-

THE CITY OF NEW YORK; MAYOR BILL DE
BLASIO; NEW YORK CITY POLICE
DEPARTMENT ("NYPD") COMMISSIONER
DERMOT SHEA; NYPD CHIEF OF DEPARTMENT
TERENCE MONAHAN; NYPD DETECTIVE
MICHAEL MCCAFFREY; NYPD SERGEANT
GERARD M. CAFFREY; NYPD DETECTIVE
DANIEL HERZOG; NYPD OFFICER FNU MOSES
and NYPD MEMBERS JOHN AND JANE DOES 1-
18,

          Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

21 CV 4903 (WFK) (JRC)

  **WHEREAS,** plaintiff Washam and defendants have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation without further proceedings and without admitting any fault or liability;

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

   1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        October 31, 2025

| | |
|---|---|
| COHEN & GREEN PLLC<br>Elena Cohen, Esq.<br>*Attorney for Plaintiffs*<br>1639 Centre Street, Suite 216<br>Ridgewood, New York 11385 | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *Elena Cohen*<br>    Elena Cohen, Esq.<br>    *Attorney for Plaintiffs* | By: _____<br>    Brian Francolla<br>    *Senior Counsel* |

SO ORDERED:

**s/WFK**
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: **November 4**, 2025